In the Matter of the Claim of SUSAN RHOADES et al., Appellants, against MILLER BROTHERS CONSTRUCTION COMPANY, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 8, 1936; decided January 28, 1936.)

*Walter A. Fullerton, John J. Finn* and *Gelsie Monti* for appellants.

*John J. Conners, Jr.*, for Miller Brothers Construction Company, Inc., et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.